# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN AGUILAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CSK AUTO, INC., O'REILLY AUTOMOTIVE STORES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-04263-RS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION PENDING RESOLUTION OF CLASS CERTIFICATION PROCEEDINGS IN FIRST-FILED ACTION** |

On September 29, 2017, Plaintiff ADRIAN AGUILAR ("Plaintiff"), and Defendants CSK AUTO, INC., now known as O'Reilly Auto Enterprises, LLC, and O'REILLY AUTOMOTIVE STORES, INC. (collectively, "O'Reilly"), filed a stipulation to stay this action pending resolution of class certification proceedings in a first-filed action. Having read and considered the parties' stipulation, and finding good cause therefore, **IT IS HEREBY ORDERED THAT:**

    1.    This action is hereby stayed for all purposes, pending an order on the class certification motion pending in the Davidson Action (which is currently set for hearing on December 4, 2017);

    2.    O'Reilly shall have 30 days to answer or otherwise formally respond to Plaintiff's Class Action Complaint in this action, if necessary, following the issuance of an order on plaintiff's pending motion for class certification in the Davidson Action; and,

3. That initial case management conference and all other deadlines in this action are hereby vacated. A status conference will be held on 2/8/18, at 10:00 am, to address the status of the class certification proceedings in the Davidson action and, if appropriate, to set new dates in this action.

DATED: 9/29/17

_____
HON. RICHARD SEEBORG
UNITED STATED DISTRICT JUDGE